FILED
FEB 06 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8113

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| vs. | 21 U.S.C. § 952 and 960 |
| Hellena April BELTRAN-Nunez | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about February 04, 2008, within the Southern District of California, defendant Hellena April BELTRAN-Nunez did knowingly and intentionally import approximately 6.10 kilograms (13.42 pounds) of methamphetamine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 6TH, DAY OF FEBRUARY 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Hellena April BELTRAN-Nunez

### STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Jose G. Morquecho.

On February 4, 2008, at approximately 1715 hours, Canine Enforcement Officer (CEO) Barroso was conducting a preprimary sweep of vehicle traffic in lanes when Hellena April BELTRAN-Nunez entered the United States at the Calexico, California, West Port of Entry. BELTRAN was the driver of 2000 Toyota Tundra pick up truck.

CEO Barroso and CBP Officer Lopez noticed that CEO Barroso's assigned Narcotic Detector Dog was alerting the vehicle. BELTRAN gave Primary Officer Lopez, a negative oral Customs declaration. BELTRAN and the vehicle were referred to the secondary lot for closer examination.

In the vehicle secondary lot, BELTRAN gave Officer Ledbetter a negative oral Customs Declaration.

A subsequent inspection of the vehicle revealed 5 packages in the intake manifold of the vehicle. Officer Ledbetter probed one of the packages and a sample of a white crystalline substance was obtained, which field tested positive for methamphetamine. The 5 packages had a combined net weight of approximately 6.10 kilograms (13.42 pounds).

BELTRAN was placed under arrest and advised of her Constitutional Rights, which she acknowledged and waived agreeing to answer questions without the presence of a lawyer. BELTRAN said she was going to be paid $600.00 to bring the vehicle into the United States and park it. BELTRAN said she thought the vehicle had cocaine hidden in it.