**ERICA K. ZUNKEL**
California State Bar No. 229285
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: erica_zunkel@fd.org

Attorneys for Hellena April Beltran-Nunez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 08MJ8113 |
| Plaintiff, | ) |
| v. | ) **CERTIFICATE OF SERVICE** |
| HELLENA APRIL BELTRAN-NUNEZ, | ) |
| Defendant. | ) |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:        February 8, 2008                /s/ Erica K. Zunkel
                                                        **ERICA K. ZUNKEL**
                                                        Federal Defenders of San Diego, Inc.
                                                        Attorneys for Hellena April Beltran-Nunez